IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Immanuel Frazier,<br> Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | Case No.: 0:25-cv-62142-WPD |
| LOCKHART, MORRIS &<br>MONTGOMERY, INC., EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br>TRANS UNION, LLC and EQUIFAX<br>INFORMATION SERVICES, INC.,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) | |

**JOINT STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**

Comes now, Plaintiff Immanuel Frazier (Plaintiff") and Defendant Lockhart, Morris & Montgomery, Inc. ("LMM"), and file this Joint Stipulation To Set Aside Clerk's Entry Of Default (the "Joint Stipulation") as follows:

1. The Clerk entered the Entry of Default as to Lockhart, Morris & Montgomery, Inc. ("LMM") on December 8, 2025. Doc. 12.

2. Plaintiff and LMM hereby agree and stipulate to set aside the Clerk's Entry of Default.

3. Plaintiff and LMM hereby agree and stipulate that LMM shall file a response to Plaintiff's Complaint in Seven Days.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully request this Court accept this Joint Stipulation To Set Aside Clerk's Entry Of Default and set aside the Entry of Default as to Spire entered on December 8, 2025, and give LMM until December 23, 2025, to file a response to Plaintiff's Complaint.

AGREED AS TO FORM AND CONTENT AND RESPECTFULLY SUBMITTED:

Respectfully submitted by:

/s/ Charles J. McHale
Charles J. McHale, Esquire
FBN: 0026555
Email: cmchale@mgl.law
**Martin Golden Lyons**
**Watts Morgan PLLC**
410 South Ware Blvd., Suite 806,
Tampa, FL 33619
TEL: (214) 346-2630
FAX: (214) 346-2631

/s/ Kevin Rajabalee, Esq.
Fla. Bar. No. 119948
3440 Hollywood Blvd., Suite 415
Hollywood, FL 33021
Main: 754-800-5299
Direct: 954-667-3096
Fax: 305-503-9457
kevin@debtshieldlaw,com
davami@debtshieldlaw.com
service@debtshieldlaw.com
 Attorney for Plaintiff