UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:25cv62142

**IMMANUEL FRAZIER,**

    **Plaintiff,**

v.

**LOCKHART, MORRIS & MONTGOMERY, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES, INC.,**

    **Defendants.**

_____/

## JOINT NOTICE OF PROPOSED SETTLEMENT

Plaintiff hereby notifies the Court that Plaintiff, **IMMANUEL FRAZIER** and Defendant, **TRANSUNION LLC.**, have settled this matter in principle. Plaintiff hereby requests thirty (30) days to file the requisite dismissal notice.

Respectfully submitted this on the 20th Day of January 2026.

**DEBT SHIELD LAW**
*/s/ Kevin Rajabalee, Esq.*
Kevin Rajabalee
Fla. Bar. No. 119948
3440 Hollywood Blvd., Suite 415
Hollywood, FL 33021
Main: 754-800-5299
Direct: 954-667-3096
Fax: 305-503-9457
kevin@debtshieldlaw,com
dayami@debtshieldlaw.com
service@debtshieldlaw.com
*Attorney for Plaintiff*

*/s/ Sean Moloney, Esq*
Sean Moloney
Florida Bar No. 0638358
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5442
Fax: (214) 871-2111
*Counsel for Defendant Trans Union, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IMMANUEL FRAZIER,**                         CASE NO.: 0:25cv62142

    **Plaintiff,**

vs.

**LOCKHART, MORRIS & MONTGOMERY, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES, INC.,**

    **Defendants.,**

_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 20, 2026, I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                                 /s/Kevin Rajabalee,
                                                                                   Kevin Rajabalee, Esq

All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF.