UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IMMANUEL FRAZIER,**                          CASE NO. : 0:25cv62142

    **Plaintiff,**

v.

**LOCKHART, MORRIS & MONTGOMERY, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES, INC.,**

    **Defendants.**

_____/

## JOINT NOTICE OF PROPOSED SETTLEMENT

Plaintiff hereby notifies the Court that Plaintiff, **IMMANUEL FRAZIER** and Defendant, **EXPERIAN INFORMATION SOLUTIONS, INC.,** have settled this matter in principle. Plaintiff hereby requests thirty (30) days to file the requisite dismissal notice.

Respectfully submitted this on the 23nd Day of January 2026.

| **DEBT SHIELD LAW** | **KASOWITZ LLP** |
|---|---|
| */s/ Kevin Rajabalee* <br> Kevin Rajabalee <br> Fla. Bar. No. 119948 <br> 3440 Hollywood Blvd., Suite 415 <br> Hollywood, FL 33021 <br> Main: 754-800-5299 <br> Direct: 954-667-3096 <br> Fax: 305-503-9457 <br> kevin@debtshieldlaw.com <br> dayami@debtshieldlaw.com <br> service@debtshieldlaw.com <br><br> *Attorney for Plaintiff* | */s/ Maria H Ruiz* <br> Maria H. Ruiz <br> Florida Bar No. 182923 <br> 1441 Brickell Avenue, Suite 1420 <br> Miami, FL 33131 <br> Telephone: (786) 587-1044 <br> Facsimile: (305) 675-2601 <br> MRuiz@Kasowitz.com <br><br> *Attorney for Defendant Experian Information Solutions, Inc.* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IMMANUEL FRAZIER,**  **CASE NO. : 0:25cv62142**

    **Plaintiff,**

**v.**

**LOCKHART, MORRIS & MONTGOMERY, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES, INC.,**

    **Defendants.**

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2026, I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    /s/Kevin Rajabalee,
                                                  Kevin Rajabalee, Esq

All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF.