UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62142-CV-DIMITROULEAS

IMMANUEL FRAZIER,

    Plaintiff,

vs.

LOCKHART, MORRIS & MONTGOMERY, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, INC.,

    Defendants.

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On January 28, 2026, the Court issued an Order [DE 34] directing the parties to agree upon a mediator within fourteen (14) days and to advise the Clerk's office of their choice. From the record, it appears that the parties have not yet selected a mediator.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file a response to this Order to Show Cause by **February 19, 2026**, showing cause why the Clerk should not be directed to randomly select a mediator from the list of certified mediators. Failure to comply with this Order will result in the Clerk selecting a mediator at random.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of February, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record