# EXHIBIT – "A"

Immanuel Frazier



May 28, 2024

Western Express Inc
7135 Centennial Pl Nashville,
TN, 37209-1033 United States

Equifax Information Services, LLC
P.O. Box 105069
Atlanta, GA 30348

Experian
P.O. Box 4500
Allen, TX 75013

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

Re:     Immanuel Frazier
        Social Security Number: ████ -7656

To Whom It May Concern:

I am writing to dispute the following information in my file: Account Western Express Inc is inaccurate. I assert that I do not owe the funds demanded by Western Express Inc. On the 19th of September 2023, I informed Ms. Olivia Smith from the Human Resources Department at Western Express Inc. about my physical condition, as required. My dispute is based on the fact that I was physically unable to perform the work based on my condition. That's the reason I got the doctor's note.  I was shocked to see that this ended up on my credit reports because this debt has nothing to do with me paying what I owe.

 To verify my identity, I have also attached a copy of my Driver's License ████████ copy of my social security card and I am requesting that the item be deleted or updated to the correct balance immediately to correct the information. An attorney helped me draft this letter to make sure I did everything possible to comply with the law. Please reinvestigate this matter and delete or update the disputed item(s) as soon as possible.  If you have any questions or require additional documents, please contact me at ████████

Sincerely,

*Immanuel Frazier*
ID uqMohsBuFGqjUqvKdCkK11pw
Immanuel Frazier

Enclosures





**JEAN-PIERRE LEVY, MD**
BOARD CERTIFIED IN INTERNAL MEDICINE
CARDIO-VASCULAR DISEASES

2100 E. HALLANDALE BEACH BLVD
HALLANDALE BEACH, FLORIDA 33009-4634
PHONE: 954 454-5455

September 21, 2023

## TO WHOM IT MAY CONCERN

RE: **IMMANUEL FRAZIER,**

The above patient is unable to pursue strenuous physical work for long hours due to his orthopedic condition.

JEAN-PIERRE LEVY, MD



**Electric Bill Statement**
**For:** Jan 6, 2024 to Feb 7, 2024 (32 days)
**Statement Date:** Feb 7, 2024
**Account Number:** ██████ 7269
**Service Address:**



**Hello Immanuel D Frazier,**
**Here's what you owe for this billing period.**

## CURRENT BILL

### $53.27
TOTAL AMOUNT YOU OWE

### Feb 28, 2024
NEW CHARGES DUE BY

### ENERGY USAGE HISTORY

| | |
|---|---|
| 500 kWh | |
| 400 kWh | |
| 300 kWh | |
| 200 kWh | |
| 100 kWh | |
| 0 kWh | F M A M J J A S O N D J F |
| 2023 | 2024 |

**KEEP IN MIND**

- Payments received after February 28, 2024 are considered late; a late payment charge, the greater of $5.00 or 1.5% of your past due balance will apply. Your account may also be billed a deposit adjustment.

### BILL SUMMARY

| | |
|---|---|
| Amount of your last bill | 116.10 |
| Payments received | -121.10 |
| Balance before new charges | –5.00 |
| Total new charges | 58.27 |
| **Total amount you owe** | **$53.27** |

*(See page 2 for bill details.)*

New February rates are in effect. Learn more at FPL.com/Rates.

| | | | |
|---|---|---|---|
| Customer Service: | (954) 797-5000 | Report Power Outages: | 1-800-4OUTAGE (468-8243) |
| Outside Florida: | 1-800-226-3545 | Hearing/Speech Impaired: | 711 (Relay Service) |



/    27          500  720545722772690723500000

IMMANUEL D FRAZIER

The amount enclosed includes
the following donation:
**FPL Care To Share:** _____

Make check payable to FPL
in U.S. funds and mail along with
this coupon to:

FPL
GENERAL MAIL FACILITY
MIAMI FL 33188-0001

Visit **FPL.com/PayBill**
for ways to pay.



| 7269 | $53.27 | Feb 28, 2024 | $ |
|---|---|---|---|
| ACCOUNT NUMBER | TOTAL AMOUNT YOU OWE | NEW CHARGES DUE BY | AMOUNT ENCLOSED |



## BILL DETAILS

| | |
|---|---:|
| Amount of your last bill | 116.10 |
| Payments received - Thank you | −121.10 |
| Balance before new charges | −$5.00 |

**New Charges**
Rate: RS-1 RESIDENTIAL SERVICE

| | | |
|---|---|---:|
| Base charge: | | $9.55 |
| Non-fuel: | (First 1000 kWh at $0.088460) | $29.72 |
| | (Over 1000 kWh at $0.098450) | |
| Fuel: | (First 1000 kWh at $0.034190) | $11.49 |
| | (Over 1000 kWh at $0.044190) | |
| Electric service amount | | 50.76 |
| Gross receipts tax (State tax) | | 1.30 |
| Franchise fee (Reqd local fee) | | 3.12 |
| Utility tax (Local tax) | | 4.60 |
| Taxes and charges | | 9.02 |
| Regulatory fee (State fee) | | 0.04 |
| Actual electric charges | | 59.82 |
| **Budget billing charges** | | **$53.27** |
| Late payment charge | | $5.00 |
| **Total amount you owe** | | **$53.27** |

## METER SUMMARY

Meter reading - Meter ACD0886. Next meter reading Mar 7, 2024.

| Usage Type | Current | - | Previous | = | Usage |
|---|---:|---|---:|---|---:|
| kWh used | 61364 | | 61028 | | 336 |

## ENERGY USAGE COMPARISON

| | This Month | Last Month | Last Year |
|---|---:|---:|---:|
| Service to | Feb 7, 2024 | Jan 6, 2024 | Feb 7, 2023 |
| kWh Used | 336 | 322 | 319 |
| Service days | 32 | 31 | 31 |
| kWh/day | 11 | 10 | 10 |
| Amount | $59.82 | $57.67 | $54.97 |

## FPL BUDGET BILLING

**Deferred Balance** $11.28

## KEEP IN MIND

- Taxes, fees, and charges on your bill are determined and required by your local and state government to be used at their discretion.
- The fuel charge represents the cost of fuel used to generate electricity. It is a direct pass-through to customers. FPL does not profit from fuel, although higher costs do result in higher state and local taxes and fees.

## Download the app

Get instant, secure access to outage and billing info from your mobile device.

**Download now ›**

## Insulate your home

Lower cooling costs and save long-term with ceiling insulation. Install today for up to $1,420 in savings!

**Save now ›**

When you pay by check, you authorize FPL to process your payment electronically or as a draft. If your payment is processed electronically, your checking account may be debited on the same day we receive the check and your check will not be returned with your checking account statement. FPL does not agree to any restrictions, conditions or endorsements placed on any bill statement or payments such as check, money order or other forms of payment. We will process the payment as if these restrictions or conditions do not exist.

**JEAN-PIERRE LEVY, MD**
BOARD CERTIFIED IN INTERNAL MEDICINE
CARDIO-VASCULAR DISEASES

2100 E. HALLANDALE BEACH BLVD
HALLANDALE BEACH, FLORIDA 33009-4634
PHONE: 954 454-5455

September 21, 2023

**TO WHOM IT MAY CONCERN**

RE: IMMANUEL FRAZIER,

The above patient is unable to pursue strenuous physical work for long hours due to his orthopedic condition.

JEAN-PIERRE LEVY, MD

# eSignature Details

**Signer ID:**      **uqMohsBuFGqjUqvKdCkK11pw**
Signed by:      Immanuel Frazier
Sent to email:
IP Address:      172.58.131.11
Signed at:      May 28 2024, 9:25 am EDT