# EXHIBIT – "B"

Immanuel Frazier



August 13, 2024

Western Express Inc
7135 Centennial Pl Nashville,
TN, 37209-1033 United States

Equifax Information Services, LLC
P.O. Box 105069
Atlanta, GA 30348

Experian
P.O. Box 4500
Allen, TX 75013

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

Re:     Immanuel Frazier
Social Security Number: ███-7656

To Whom It May Concern:

I am writing to address a follow-up dispute bearing Account No. ███████ This subsequent dispute letter is necessitated by your due negligence to address and correct the inaccurate information on my credit report as outlined in my initial dispute letter dated May 28, 2024.

Furthermore, I intent to explain the brief facts in detail regarding my employment experience with your company. During the recruitment process, I was informed by the recruiter that the driving position would be based in the Southeast region of the U.S., which was a key factor in my decision to accept the position. This arrangement would have allowed me to remain in a warmer climate and closer to home.

However, upon attending orientation, I was informed that the position required driving across the entire country. I subsequently reached out to Human Resources and was referred to Olivia Smith. I explained my disability and inquired about the possibility of accommodations, specifically requesting a dedicated route within a reasonable distance, typically around 400 miles. I was informed that the company does not offer dedicated routes and was advised to seek employment elsewhere.

To my dismay, I later learned that a dedicated route was granted to another employee within a week of their request. This discrepancy is concerning and raises questions about fairness and accommodation practices within the company.

For reference, please review the following YouTube video which highlights the situation: https://m.youtube.com/watch?v=OpZm7b2hUAk&t=72s.  I request prompt resolution of the inaccuracies on my credit report and a review of the accommodation practices.

Please reinvestigate this matter and delete or update the disputed item(s) as soon as possible. To verify my identity, I have also attached a copy of my Driver's License ▮▮▮▮▮▮▮▮▮▮▮ copy of my social security card a copy of Physician Certification Of Total & Permanent Disability to support my statement.  An attorney helped me draft this letter to make sure, I did everything possible to comply with the law. If you have any questions or require additional documents, please contact me at ▮▮▮▮▮▮▮▮

 Sincerely,

*Immanuel Frazier*
ID 9EzgSPwbU4oZeGUKFzby2H6N

Immanuel Frazier

Enclosures

| May 2020 | June 2020 | July 2020 | August 2020 | September 2020 |
|----------|-----------|-----------|-------------|----------------|
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

LOCKHART, MORRIS & MONTGOMERY 7558**

## Account Information

| | |
|---|---|
| **Address** | 1401 N CENTRAL EXPY,STE 225 RICHARDSON, TX 750 |
| **Phone** | ██████████ |
| **Date Opened** | 11/13/20 |
| **Responsibility** | Individual Accou |
| **Account Type** | Open Accou |
| **Loan Type** | COLLECTION AGENCY/ATTORN |
| **Balance** | $2,5 |
| **Date Updated** | 07/12/20 |
| **High Balance** | $2,5 |
| **Original Creditor** | WESTERN EXPRESS I |
| **Past Due** | $2,5 |
| **Pay Status** | >Collectic |
| **Estimated month and year this item will be removed** | 08/20 |

| | |
|---|---|
| **Remarks** | Account information disputed by consumer (FCR<br>>PLACED FOR COLLECTIO |

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

| Account Name |
|---|
| ALLY FINANCIAL  67392435**** |

## Account Information

| | |
|---|---|
| **Address** | P.O. BOX 380901 BLOOMINGTON, MN 554 |
| **Phone** | ██████████ |
| **Monthly Payment** | |
| **Date Opened** | 06/24/20 |
| **Responsibility** | Individual Accou |
| **Account Type** | Installment Accou |
| **Loan Type** | AUTOMOBI |
| **Balance** | |
| **Date Updated** | 02/19/20 |
| **Payment Received** | |
| **Last Payment Made** | 02/17/20 |
| **High Balance** | $10,1 |
| **Pay Status** | Paid, Closed; was Paid as agre |

# 10. Collections

Collections are accounts with outstanding debt that have been placed by a creditor with a collection agency. Collections stay on your credit report for up to 7 years from the date the account first became past due. They generally have a negative impact on your credit score.

## Date Reported: Jul 01, 2024

| | | | |
|---|---|---|---|
| **Collection Agency** | LOCKHART MORRIS & MONTGOMERY | **Balance Date** | Jul 01, 2024 |
| **Original Creditor Name** | WESTERN EXPRESS INC | **Account Designator Code** | INDIVIDUAL_ACCOUNT |
| **Date Assigned** | Nov 13, 2023 | **Account Number** | xxxx ## |
| **Original Amount Owed** | $2,500 | **Creditor Classification** | Educational |
| **Amount** | $2,500 | **Last Payment Date** | |
| **Status Date** | Jul 01, 2024 | **Date of First Delinquency** | |
| **Status** | UNPAID | | |

## Comments

Consumer disputes this account information

## Contact

LOCKHART MORRIS & MONTGOMERY
1401 N Central Expy SUITE 225
Richardson, TX  75080-4681
(214) 522-6424

| | | | |
|---|---|---|---|
| **Sep 2022** | **$388** | **$35** | **$0 on 9/7/2022** |
| **Aug 2022** | **$381** | **$35** | **$0 on 8/7/2022** |

### Additional info

Between Aug 2022 and Jun 2024, your credit limit/high balance was $500

---

 ### Contact Info

| | |
|---|---|
| Address | **PO BOX 15369, WILMINGTON DE 19850** |
| Phone Number | **(800) 945-2000** |

# LOCKHART,MORRIS & MONTGO

**POTENTIALLY NEGATIVE**

 ### Account Info

| | | | |
|---|---|---|---|
| Account Name | **LOCKHART,MORRIS & MONTGO** | Balance | **$2,500** |
| | | Balance Updated | **07/03/2024** |
| Account Number | **75XXXX** | Recent Payment | **-** |
| Account Type | **Collection** | Monthly Payment | **-** |
| Responsibility | **Individual** | Original Balance | **$2,500** |
| Date Opened | **11/13/2023** | Highest Balance | **-** |
| Status | **Collection account. $2,500 past due as of Jul 2024.** | Terms | **1 Months** |
| | | On Record Until | **Jun 2030** |
| Status Updated | **Nov 2023** | | |

### Payment History

|      | J | F | M | A | M | J  | J | A | S | O | N | D |
|------|---|---|---|---|---|----|---|---|---|---|---|---|
| 2024 | — | — | — | **C** | **C** | ND | **C** | — | — | — | — | — |

C    Collection

ND    No data for this period

### Payment history guide

Collection as of Jul 2024, May 2024, Apr 2024

This account is scheduled to continue on record until Jun 2030.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **May 2024** | **$2,500** | **$0** | **$0** |
| **Apr 2024** | **$2,500** | **$0** | **$0** |
| **Mar 2024** | **$2,500** | **$0** | **$0** |
| **Feb 2024** | **$2,500** | **$0** | **$0** |
| **Jan 2024** | **$2,500** | **$0** | **$0** |
| **Jan 2024** | **$2,500** | **$0** | **$0** |

### Additional info

The original amount of this account was $2,500

 **Historical Info**

Original Creditor    **WESTERN EXPRESS INC**

 **Contact Info**

Address    **1401 N CENTRAL EXPY STE 225, RICHARDSON TX 75080**

Phone Number    **(214) 522-6424**



## Comment

### Current:

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

### Previous:

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date



## Reinvestigation Info

This item was updated from our processing of your dispute in Jul 2024.

# PREMIER BKCRD/FIRST PREMIER

POTENTIALLY NEGATIVE



## Account Info

| | | | |
|---|---|---|---|
| Account Name | PREMIER BKCRD/FIRST PREMIER | Balance | - |
| | | Balance Updated | - |
| Account Number | 517800XXXXXXXXXX | Recent Payment | - |
| Account Type | Credit card | Monthly Payment | - |
| Responsibility | Individual | Credit Limit | $800 |
| Date Opened | 12/23/2013 | Highest Balance | $754 |
| Status | Paid, Closed. | Terms | - |
| Status Updated | May 2018 | | |



## Payment History



**FLORIDA**

# PHYSICIAN'S CERTIFICATION OF
# TOTAL AND PERMANENT DISABILITY

DR-416
R. 11/12
Rule 12D-16.002
Florida Administrative Code
Effective 11/12

I, _Dr Jean Pierre Levy_ , a physician licensed pursuant to Chapter 458 or Chapter 459,
Physician's name

Florida Statutes, hereby certify that ☒ Mr. ☐ Mrs. ☐ Miss ☐ Ms. _IMMANuel David Frazier_
Name of totally and permanently disabled person

Social Security Number* ▆▆▆▆ _7656_, is totally and permanently disabled as of January 1, _____
due to the following mental or physical condition(s):

☐ Quadriplegia    ☐ Paraplegia    ☐ Hemiplegia    ☐ Legal blindness

☐ Other total and permanent disability requiring use of a wheelchair for mobility

☒ Check here if patient is totally or permanently disabled but does not require a wheelchair for mobility.

It is my professional belief the above condition(s) render ☐ Mr. ☐ Mrs. ☐ Miss ☐ Ms.
_____ totally and permanently disabled and the foregoing statements
are true, correct, and complete to the best of my knowledge and professional belief.

_____          _3 / 17 / 23_
Signature                                                      Date

Address: (print)

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Street                                              City               State        Zip

Florida Board of Medicine or Osteopathic Medicine license number  _ME40119_

Issued on  _Hallandal 03/17/2023_

NOTICE TO TAXPAYER: Each Florida resident applying for a total and permanent disability exemption must present to the county property appraiser, on or before March 1 of each year, a copy of this form or a letter from the United States Department of Veterans Affairs or its predecessor. Each form is to be completed by a licensed Florida physician.

NOTICE TO TAXPAYER AND PHYSICIAN: Section 196.131(2), Florida Statutes, provides that any person who knowingly and willfully gives false information for the purpose of claiming homestead exemption commits a misdemeanor of the first degree, punishable by a term of imprisonment not exceeding 1 year or a fine not exceeding $5,000, or both.

*Disclosure of your social security number is mandatory. It is required by sections 196.011(1) and 196.101(5), Florida Statutes. The social security number will be used to verify taxpayer identity information and homestead exemption information submitted to property appraisers.

# eSignature Details

**Signer ID:**      **9EzgSPwbU4oZeGUKFzby2H6N**
Signed by:          Immanuel Frazier
Sent to email:
IP Address:         172.58.131.182
Signed at:          Sep 6 2024, 12:50 pm EDT